BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone:  (415) 977-8974
     Facsimile:  (415) 744-0134
     E-Mail: ann.maley@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT,

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFUGIO IBARRA VARGAS,<br>     Plaintiff,<br>vs.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>     Defendant. | No. 1:15-cv-00992-SMS<br><br>ORDER RE STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) |

     Based on the parties' Stipulation, IT IS ORDERED, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence six</u> of 42 U.S.C. § 405(g), under the terms of the agreed upon stipulation.

IT IS SO ORDERED.

     Dated:  **November 16, 2015**          **/s/ Sandra M. Snyder**
                                                 UNITED STATES MAGISTRATE JUDGE