BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL CSBN 230138
Acting Regional Chief Counsel, Region IX
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8974
    Facsimile: (415) 744-0134
    Email: ann.maley@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFUGIO IBARRA VARGAS, ) | |
| ) | No.: 1:15-cv-00992-SMS |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER REOPENING CASE** |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |

It is hereby ordered that the stipulation of the parties to reopen this case is approved. Defendant shall file her certified administrative record within 60 days of this order.

IT IS SO ORDERED.

  Dated:   **February 11, 2016**          **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE