Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff REFUGIO VARGAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFUGIO VARGAS, | Case No.: 1:15-cv-00992-SMS |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF; ORDER |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Refugio Vargas and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from July 27, 2016 to August 26, 2016 for Plaintiff to file an opening brief, with all other dates in the Court's Order extended accordingly. This is Plaintiff's first

///

-1-

1 request for an extension. This request is made at the request of Plaintiff's counsel
2 to allow additional time to fully research the issues presented.  Mr. Patel left the
3 firm without notice, the firm is reassigning cases, the firm is training a replacement
4 attorney but these cases are more difficult than they appear.

5 DATE: July 27, 2016            Respectfully submitted,

6                                     LAWRENCE D. ROHLFING

7                                     /s/ *Lawrence D. Rohlfing*

8                     BY: _____
                          Lawrence D. Rohlfing
9                           Attorney for plaintiff REFUGIO VARGAS

10

11 DATE:  July 27, 2016            PHILLIP A.TALBET
                                    United States Attorney
12

13                                     /s/ *Ann L. Maley*

14                     BY: _____
                          Ann L. Maley
15                           Special Assistant United States Attorney
                          Attorneys for defendant Carolyn W. Colvin
16                           |*authorized by e-mail|

17                                   <u>ORDER</u>
18

19 IT IS SO ORDERED.

20   Dated:  **July 27, 2016**                    **/s/ Sandra M. Snyder**
21                                                   UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26