# UNITED STATES DISTRICT COURT,
# EASTERN DISTRICT OF CALIFORNIA

REFUGIO IBARRA VARGAS,           ) No. 1:15-cv-00992-GSA
      Plaintiff,                              )
vs.                                                   ) ORDER RE STIPULATION TO
                                              ) EXTEND DEFENDANT'S TIME TO
CAROLYN W. COLVIN, Acting      ) FILE ITS BRIEF
Commissioner of Social Security,    )
      Defendant.                            )
_____

    Pursuant to parties' Stipulation (Doc. , IT IS ORDERED, that the DEFENDANT has an additional 5 days to file its cross motion for summary judgment and opposition to Plaintiff's motion to summary judgment.  The new date for Defendant's cross motion and motion is October 1, 2016.  Any reply shall be filed no later than October 17, 2016.

IT IS SO ORDERED.

    Dated:   **September 27, 2016**                  **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE